# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and*
*Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

March 8, 2012

**by ECF and Hand Delivery**

Honorable I. Leo Glasser
Senior United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>USA v. Sharron Kimberly Phillip, 05-CR-253 (ILG)</u>

Your Honor:

    Ms. Phillip is currently scheduled to voluntarily surrender and serve 18 months in prison for Violation of Probation on March and allowed her to self-surrender on March 23, 2012. Since I last requested a postponement, Ms. Phillip has actually undergone three retina detachment surgeries and is scheduled for related muscle surgery for each eye at the end of this month. She has also learned that she needs major surgery on her bladder which is being scheduled. Therefore, it is, respectfully, requested that Your Honor further postpone the date for her self-surrender until the beginning of June, at least, to complete and recover from her surgeries. I have discussed this request with AUSA Douglas Pravda and he does not object.

    Thank You for Your consideration in this matter.

Sincerely,

Michael P. Padden, Esq
Staff Attorney
(718)330-1240

cc.: AUSA Douglas Pravda